SEND

Los Angeles Superior Court, case no. BC467067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11- 08581 SVW (AGRx) | Date | November 30, 2011 |
|---|---|---|---|
| Title | Jeanette Velarde v. Wal-Mart Stores, Inc. | | |

**JS - 6**

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Cruz | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT

    Before the Court is a Notice of Removal filed by Defendant Wal-Mart Stores, Inc. on October 17, 2011.  (Dkt. No. 1.)  Valid removal of a civil case to federal court must occur within thirty days of defendant's receipt of the initial complaint.  28 U.S.C. § 1446(b).  In this case, service of the Summons and Complaint on Defendant was effectuated on September 14, 2011.  Defendant filed a Notice of Removal on October 17, 2011. Accordingly, Defendant's Notice of Removal is denied as untimely, and this case is remanded to the Los Angeles Superior Court. Case No. BC467067, for failure to comply with the removal requirements of 28 U.S.C. § 1446.  <u>See</u> 28 U.S.C. § 1447(c).  The Court stays this order until December 7, 2011.  If Plaintiff wishes to remain in federal court and thereby waive the procedural defect discussed above, Plaintiff shall notify the Court in writing on or before December 7, 2011.

    IT IS SO ORDERED.